# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JACK ARONOWITZ** and **JOHN LUMLEY,**
Appellants,

v.

**ANTIQUERS AERODOME, INC., RICHARD DRESSNER,
WILLIAM BOWER, MICHAEL HELM, TOM STOUT, DR. IRA FINE,
RICHARD PREISER, MICHAEL DOWNS, PEGGY THOMAS,
PEGGY PREISER, JOHN VAN LENNEP, ERIC LARSON,** and
**ELAINE LUIZ** a/k/a **ELAINE LIGNELLI** a/k/a
**ELAINE LUIZ FERREIRA,**
Appellees.

No. 4D18-634

[January 9, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 502016CA012505XXXMB.

Kevin P. Mason of KPM Law Firm, P.A., Boca Raton, for appellants.

Therese A. Savona of Cole, Scott & Kissane, P.A., Orlando, for appellees.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***